IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| Alyssa Cain a/k/a Alyssa Campbell,<br><br>     Plaintiff,<br><br>vs.<br><br>Lanier Collection Agency and Service, Inc.,<br><br>     Defendant. | Case No.: 7:21-cv-00140-WLS<br><br>**STIPULATION OF DISMISSAL AS TO DEFENDANT LANIER COLLECTION AGENCY AND SERVICE, INC WITH PREJUDICE** |

## STIPULATION OF DISMISSAL OF DEFENDANT LANIER COLLECTION AGENCY AND SERVICE, INC WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, as evidenced by the signatures of their respective counsel below, stipulate to the dismissal of Plaintiff's claims as to Defendant Lanier Collection Agency and Service, Inc with prejudice and without attorney's fees or costs to either party.

Dated this 16th day of May, 2022.

125949920v1

Respectfully submitted,

By: /s/ Daniel M. Brennan
Daniel M. Brennan
Bar Number-271142
39111 Six Mile Suite 142
Livonia, Mi 48152
Telephone: (248) 353-2882
Facsimile: (248) 353-4840
E-Mail: Daniel@crlam.com
*Attorney for Plaintiff*
*Alyssa Cain a.k.a Alyssa Campbell*


/s/ Michael K. Chapman
Michael K. Chapman
Georgia Bar No. 322145
John H. Bedard, Jr.
Georgia Bar No. 043473
Bedard Law Group, P.C.
4855 River Green Parkway, Suite 310
Duluth, Georgia 30096
Telephone: (678) 253-1871
Email: jbedard@bedardlawgroup.com
E-mail: mchapman@bedardlawgroup.com
*Attorneys for Defendant,*
*Lanier Collection Agency and Service, Inc*


SO ORDERED this 17th day of May, 2022

*/s/ W. Louis Sands*
W. Louis Sands, Sr. Judge
United States District Court