IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ALYSSA CAIN a/k/a ALYSSA CAMPBELL, <br><br> Plaintiff, <br><br> v. <br><br> LANIER COLLECTION AGENCY AND SERVICE, INC., <br><br> Defendant. | * <br> * <br> *    Case No.   7:21-CV-140(WLS) <br> * <br> * <br> * |

## **J U D G M E N T**

Pursuant to this Court's Order dated May 17, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 18th day of May, 2022.

                                                       David W. Bunt, Clerk

                                                       s/ Robin L. Walsh, Deputy Clerk